AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:21-mj-513
A 2016 TESLA MODEL X, VIN 5YJXCDE45GF026419. )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Nevada___
*(identify the person or describe the property to be searched and give its location)*:

1409 Bonita Avenue, Las Vegas, Nevada, including all adjacent parking areas and/or garages and/or outbuildings associated with those loactions.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A 2016 Tesla Model X, VIN 5YJXCDE45GF026419, including all keys for said vehicle and any and all ownership and registration documents.

☑ **YOU ARE COMMANDED** to execute this warrant on or before ___AUGUST 16, 2021___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___EP Deavers - US Atny's Office___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___

Date and time issued: ___8/2/2021 at 11:09 AM___
City and state: ___Columbus, OH___

*Judge's signature*

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:21-mj-513 | Date and time warrant executed: 8/9/21 1:30 pm | Copy of warrant and inventory left with: Charles Mui |
| Inventory made in the presence of: IRS CI SPECIAL AGENTS: ELIZABETH LAM, TIFFANY LOWE | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- 2016 Tesla Model X (VIN: 5YJXCDE45GF026419)
  - Two Keys

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/9/21

*Executing officer's signature*

JOEL ERNST, SPECIAL AGENT
*Printed name and title*